IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **TRAVIS MOORE**, <br><br> Plaintiff, <br><br> vs. <br><br> **AMERICUS RESTAURANT GROUP, INC.** d/b/a The Station; **JOHN PAUL JOINER**; and **RICHARD LEE TYSON**, <br><br> Defendants. | Civil Action No. 1:17-cv-107 |

### NOTICE OF PAYMENT OF SETTLEMENT

Pursuant to this Court's Order of October 6, 2017 [Dkt. 19] and the Settlement Agreement between the Parties [Dkt. 18-1], Plaintiff Moore hereby gives notice that Defendants have made payment of all amounts due under the Settlement Agreement and **respectfully requests that the Court enter an order dismissing this case with prejudice**.

This 6th day of October 2017,

                                        Respectfully submitted,

                                        **DELONG, CALDWELL, BRIDGERS,**
                                        **FITZPATRICK & BENJAMIN, LLC**

                                        */s/ Matthew W. Herrington*

3100 Centennial Tower                 Mitchell D. Benjamin
101 Marietta Street                       Ga. Bar No. 049888
Atlanta, Georgia 30303               Matthew W. Herrington

(404) 979-3150                                          Ga. Bar No. 275411
(404) 979-3170 (f)
benjamin@dcbflegal.com                         **Counsel for Plaintiff**
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **TRAVIS MOORE,**<br><br>  **Plaintiff,**<br><br> vs.<br><br>**AMERICUS RESTAURANT GROUP, INC.** d/b/a The Station; **JOHN PAUL JOINER;** and **RICHARD LEE TYSON,**<br><br>  **Defendants.** | Civil Action No. 1:17-cv-107 |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I have filed the foregoing document in the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: October 6, 2017.

                */s/ Matthew W. Herrington*
                Matthew W. Herrington
                Ga. Bar No. 275411